Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of JOHN SHEEHAN, Respondent, against SEARS, ROEBUCK & Co., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of MARY MILLER, Respondent, against CHAUTAUQUA COUNTY AGRICULTURAL CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 280 App. Div. 902.]

In the Matter of the Claim of LOUIS WIGGINS, Respondent, against WEST SIDE IRON WORKS et al., Respondents, and YORKSHIRE INDEMNITY COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—